United States District Court
For the
Eastern District of Virginia

Brian Jarvis
  v.
United States of America

Case # 4:11cr89-12

Request for Consideration for Relief

Comes now Petitioner Requesting Relief under U.S. Sentencing Commission 1st offender Amendment. As an Individual In the lower Sentencing zone, I believe I'm eligible. Petitioner moves this court to rule In his favor And Reduce this In accordance with the 1st offender Amendment. Petitioner thanks the Court for Considering his move.

Brian Jarvis
63246-019
FPC Montgomery
1001 Willow St.
Montgomery, AL 36112

Certificate of Service

I certify that I mailed this motion through the Inmate Mail Room FPC Montgomery June 26, 2018. With proper Postage to the address below

United States District Court
for the
Eastern District of Virginia

U.S. Attorney Office
721 Lakefront CMnS
Suite 300
Newport News, VA 23606